**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Mong C.,

                Petitioner,

v.

Kristi Noem, *Secretary, Department of Homeland Security*; Todd M. Lyons, *Acting Director, Immigration and Customs Enforcement*; and David Easterwood, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement,*

                Respondents.

Civ. No. 26-cv-1541 (JWB/DLM)


**ORDER GRANTING MOTION FOR ATTORNEY'S FEES AND COSTS**

---

Petitioner Mong C. has filed a Motion for Attorney's Fees and Costs pursuant to the Equal Access to Justice Act. (Doc. No. 10.) Respondents agree that Petitioner is a prevailing party in this case and take no position on whether their position was substantially justified or the requested fee amount is appropriate.

Based on the files, records, and submissions, and considering the circumstances of this case, **IT IS HEREBY ORDERED** that:

1.     Petitioner's Motion for Attorney's Fees and Costs pursuant to the Equal Access to Justice Act (Doc. No. 10) is **GRANTED**; and

2.     Petitioner is awarded attorney's fees and costs in the amount of $1,805.


Date: April 9, 2026                     _s/ Jerry W. Blackwell_____
                                        JERRY W. BLACKWELL
                                        United States District Judge